IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | |
|---|---|
| GUSTAVO B. HERNANDEZ § | |
| § | |
| VS. § | MISCELLANEOUS NO. B-00-021 |
| § | |
| GARY JOHNSON, T.D.C. DIRECTOR § | B-00-113 |
| CAMERON COUNTY, TEXAS § | |

ORDER

Petitioner, Gustavo B. Hernandez, has filed a Petition for Writ of Habeas Corpus pursuant to Title 28, U.S.C. § 2254. Petitioner will be allowed to proceed in Forma Pauperis. The State of Texas is hereby ordered to file a response by July 7, 2000.

DONE at Brownsville, Texas, this 9th day of May, 2000.

John Wm. Black
United States Magistrate Judge