AO 240 (Rev. 6/86) Application to Proceed

**3**

United States District Court
Southern District of Texas
FILED

JUN 0 7 2000

Michael N. Milby
Clerk of Court

# United States District Court

FOR THE SOUTHERN ——— DISTRICT OF ——— TEXAS

GUSTAVO B. HERNANDEZ

v.

GARY JOHNSON, T.D.C. DIRECTOR
CAMERON COUNTY, TEXAS

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: **B-00-021**

**MISCELLANEOUS**
**B-00-113**

I, GUSTAVO HERNANDEZ _____, declare that I am the (check appropriate box)

☑ petitioner/plaintiff        ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant    ☐ _____
                                                          other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                                     Yes ☐   No ☑
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   SELF-EMPLOYED : CONSTRUCTION, ETC.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment    Yes ☐   No ☑
   b. Rent payments, interest or dividends?                            Yes ☐   No ☑
   c. Pensions, annuities or life insurance payments?              Yes ☐   No ☑
   d. Gifts or inheritances?                                                       Yes ☐   No ☑
   e. Any other sources?                                                            Yes ☐   No ☑

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE         05/27/00
HI04/JFI2875            IN-FORMA-PAUPERIS DATA                     06:02:57
TDCJ#: 00671100 SID#: 03368303 LOCATION: HIGHTOWER      INDIGENT DTE: 05/16/00
NAME: HERNANDEZ,GUSTAVO BEJARANO        BEGINNING PERIOD: 11/01/99
PREVIOUS TDCJ NUMBERS: 00566804
CURRENT BAL:        0.00 TOT HOLD AMT:       0.00 3MTH TOT DEP:      40.00
6MTH DEP:         120.00 6MTH AVG BAL:       6.29 6MTH AVG DEP:      20.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
04/00      20.00          20.00        01/00       40.00          40.00
03/00      20.00          20.00        12/99       20.00          20.00
02/00      13.94           0.00        11/99       20.00          20.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _LIBERTY_
ON THIS THE 27th DAY OF _MAY 2000_ I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _J.S. Fitzhugh_
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



J.S. FITZHUGH
Notary Public
State of Texas
Commission Expires 07-20-2003

United States District Court
Southern District of Texas
RECEIVED

JUN 0 7 2000

Michael N. Milby, Clerk of Court