RECEIVED File
AUG 23 2000
Michael N. Milby, Clerk of Court

6

7-26-2000

DEAR HONORABLE MICHAEL N. MILBY - CLERK;

B-00-113

HELLO, MY NAME IS GUSTAVO B. HERNANDEZ T.D.C. # 671100
CIVIL ACTION NO. B-00-021
EX PARTE HERNANDEZ, NO. 27,146-02 AT COVER.
 SIR; MY SECOND STATE HABEAS PETITION WAS FILED ON FEBRUARY 8, 2000. I SHOULD BE ENTITLED TO BEING ABLE TO HA[VE] MY WRIT APPROVED BECAUSE THE ONE-YEAR TIME SHOULD RUN FROM THE TIME I PUT THE SECOND PETITION IN AND NOT FROM THE FIRST WRIT OF HABEAS CORPUS. FUTHERMORE, I WAS NOT REQUESTING SEVEN YEARS AND THRE[E] MONTHS OF JAIL TIME CREDIT AS MR. GARY JOHNSON IS IMPLYING, BUT REQUESTING 7 MONTHS AND THREE DAYS OF BACK TIME OWED TO ME - DUE TO FLAT TIME SERVE[D] IN THE COUNTY JAIL. AND THIS BEING PROVED BEFORE THE COURT BY LEGAL DOCUMENTS, I SENT TO YOU SHOWING TH[E] TIME OF INCARCERATION FROM THE COUNTY JAILS OF CAMERO[N] AND KLEBERG COUNTIES. I DO NOT BELEIVE THAT MY LIMITATIONS PERIOD SHOULD BE RUNNING FROM THE FIRST WRIT OF HABEAS CORPUS, BUT RATHER FROM THE SECOND WRIT OF HABEAS CORPUS FILED ON FEBRUARY 8, 2000.

 I RESPECTFULLY ASK THE COURT TO APPROVE MY WRIT OF HABEAS CORPUS AND ALLOW IT TO CONTIN[UE] THROUGH THE COURTS.

 I DO APPRECIATE ALL YOUR HELP, "THANK YOU VERY MUCH[.]"