7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

AUG 3 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GUSTAVO B. HERNANDEZ, | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-113 |
| | § | |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of August 10, 2000 should be **ADOPTED**.

IT IS ORDERED that Mr. Hernandez's §2254 Petition is **DENIED**.

DONE at Brownsville, Texas on this 30th day of August, 2000.

Filemon B. Vela
United States District Court Judge