

United States District Court
Southern District of Texas
ENTERED

AUG 3 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

B-00-113

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *GUSTAVO B. HERNANDEZ,* | § | |
| Petitioner, | § | |
| | § | |
| *V.* | § | NO. B-00-021 |
| | § | |
| *GARY L. JOHNSON, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF* | § | |
| *CRIMINAL JUSTICE,* | § | |
| *INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

## ORDER

On this day came before the Court for consideration Respondent Johnson's Motion to Dismiss as Time Barred and the Court after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED, and DECREED that Respondent Johnson's Motion to Dismiss as Time Barred is hereby GRANTED.

SIGNED this 30th day of AUGUST, 2000.

_____
JUDGE PRESIDING