9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

SEP 5  2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GUSTAVO B. HERNANDEZ,<br>Petitioner,<br><br>V.<br><br>GARY L. JOHNSON, DIRECTOR,<br>TEXAS DEPARTMENT OF<br>CRIMINAL JUSTICE,<br>INSTITUTIONAL DIVISION,<br>Respondent. | §<br>§<br>§<br>§ NO. B-00-113[1]<br>§<br>§<br>§<br>§<br>§<br>§ |

**RESPONDENT JOHNSON'S MOTION FOR LEAVE TO FILE OUT OF TIME
OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION**

THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Respondent Gary L. Johnson, Director, Texas Department of Criminal Justice, Institutional Division, ("the Director"), by and through his attorney, the Attorney General of Texas, and files this his Motion for Leave of Court to file Out of Time Objections to the Magistrate Judge's Report and Recommendation.

**I.**

**BACKGROUND**

This is a habeas corpus case brought by a Texas state prisoner, Gustavo B. Hernandez, ("Hernandez"), under 28 U.S.C. §§ 2241, 2254. The Director received the report and recommendation of the United States Magistrate Judge ("R&R") on August 14, 2000, and a second copy on August 15, 2000, with the recommendation to dismiss Hernandez's federal petition with prejudice as time barred. R&R at 3. The Director's objections are timely if filed by August 28, 2000, or August 29, 2000. Here, the weekends of August 19-20,

---

[1] On July 24, 2000, this court transferred Hernandez's case, originally filed as civil action number B-00-021, to the civil docket and assigned a new civil action number B-00-113.;

and August 26-27, are excluded, and the objections are due by August 28, 2000, or August 29, 2000. FED. R. CIV. P. 6(a).

## II.
## OBJECTIONS TO THE RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Director agrees that Hernandez's present federal petition should be dismissed as time barred. However, at page 2 of the R&R, the magistrate judge refers to this case as a "§ 2255 petition." R&R at 2. However, 28 U.S.C. § 2255 petitions are reserved for challenges to federal convictions rather than State convictions, as in Hernandez's case. Furthermore, the magistrate judge also discusses Hernandez's time credit claims in the context of a federal prisoner and the administrative process he must follow before seeking judicial review. R&R at 3. As clearly set forth in the magistrate judge's R&R, Hernandez is challenging his February 23, 1993, conviction in the 138th Judicial District Court of Cameron County, Texas. R&R at 1.

With the foregoing exceptions to the magistrate judge's R&R, the Director agrees with the recommendation to dismiss Hernandez's federal petition with prejudice as time barred.

Therefore, the Director requests the court accept the foregoing objections to the magistrate judge's R&R to correct the abovementioned errors.

## III.
## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, the Director respectfully requests that Hernandez's federal petition be dismissed with prejudice as time barred.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

2

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General for
Criminal Justice

ROSS RAYBURN
Assistant Attorney General
Chief, Habeas Corpus Division

_____
KRISTEN E. JERNIGAN
Assistant Attorney General
State Bar No. 90001898
Attorney in Charge

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
Facsimile No. (512) 936-1280

ATTORNEYS FOR RESPONDENT

## NOTICE OF SUBMISSION

To: Gustavo B. Hernandez, Petitioner, you are hereby notified that the undersigned attorney will bring the foregoing Motion before the Court as soon as the business of the Court will permit.

_____
KRISTEN E. JERNIGAN
Assistant Attorney General

3

## CERTIFICATE OF SERVICE

I, Kristen E. Jernigan, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's Objections to the Magistrate Judge's Report and Recommendation has been served by placing same in the United States Mail, postage prepaid, on this the 29th day of August, 2000, addressed to:

Gustavo B. Hernandez
TDCJ-ID No. 671100
Hightower Unit
Rt. 3, Box 9800
Dayton, TX. 77535

_____
KRISTEN E. JERNIGAN
Assistant Attorney General