/0

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| GUSTAVO B. HERNANDEZ, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-113 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

ORDER

Respondent, Gary L. Johnson, has filed a Motion for Leave to File Out of Time Objections to the Magistrate Judge's Report and Recommendation (Docket No. 9). This Motion is predicated on the fact that the Report and Recommendation refers in one place at the top of the second page to the petition as a "§ 2255 petition." This is clearly a typographical error. The balance of the Report and Recommendation as well as the Order Adopting the Report and Recommendation (Docket No. 7) properly refers to the petition as having been filed pursuant to 28 U.S.C. § 2254.

Respondent's Motion is DENIED.

DONE at Brownsville, Texas on this 8th day of September, 2000.

John Wm. Black
United States Magistrate Judge